UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TRACY STEVENS,<br><br>         Plaintiff,<br><br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>         Defendants. | No. 2:25-cv-01087 WBS JDP |

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for August 11, 2025, and makes the following findings and orders without needing to consult with the parties any further.

I.   SERVICE OF PROCESS

All defendants have been served, and no further service is permitted without leave of court, good cause having been shown

1

1  under Federal Rule of Civil Procedure 16(b).
2  II.  JOINDER OF PARTIES/AMENDMENTS
3          No further joinder of parties or amendments to
4  pleadings will be permitted except with leave of court, good
5  cause having been shown under Federal Rule of Civil Procedure
6  16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604
7  (9th Cir. 1992).
8  III. JURISDICTION/VENUE
9          The court has federal question jurisdiction pursuant to
10 28 U.S.C. § 1331, because plaintiff asserts claims under the
11 Employee Retirement Income Security Act, 29 U.S.C. § 1132 et seq.
12 Venue is undisputed and hereby found to be proper.
13 IV.  DISCOVERY
14         Because this case involves review of an insurance
15 determination under ERISA, the court does not set a standard
16 discovery.  However, while it is possible that the case will be
17 decided solely on the administrative record, the parties have
18 left open the possibility for limited discovery and have
19 requested a discovery cutoff.
20         Accordingly, all discovery, including depositions for
21 preservation of testimony, is left open, save and except that it
22 shall be so conducted as to be completed by **December 12, 2025.**
23 The word "completed" means that all discovery shall have been
24 conducted so that all depositions have been taken and any
25 disputes relevant to discovery shall have been resolved by
26 appropriate order if necessary and, where discovery has been
27 ordered, the order has been obeyed.  All motions to compel
28 discovery must be noticed on the magistrate judge's calendar in

accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than **December 12, 2025.**

V.   MOTION HEARING SCHEDULE

All non-dispositional motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before **December 26, 2025.** All motions shall be noticed for the next available hearing date. Counsel are cautioned to refer to the local rules regarding the requirements for noticing and opposing such motions on the court's regularly scheduled law and motion calendar.

VI.  MEDIATION

Any mediation shall be completed on or before **January 2, 2026.** If the parties wish to have this matter referred either to a magistrate judge for a settlement conference or to the court's voluntary dispute resolution program, the court will consider a stipulation to that effect.

VII. DISPOSITION HEARING

The administrative record shall be filed on or before **February 11, 2026.**

The dispositional hearing pursuant to Kearney v. Standard Ins. Co., 175 F.3d 1084, 1086–1100 (9th Cir. 1999), is set for **May 12, 2026,** at **9:00 a.m.** The parties estimate that the hearing will last a half day. Pre-hearing briefs shall be filed by each side no later than **March 24, 2026.** Opposition briefs shall be filed no later than **April 21, 2026.**

VIII.   MODIFICATIONS TO SCHEDULING ORDER

Any requests to modify the dates or terms of this

Scheduling Order, except requests to change the date of the dispositional hearing, may be heard and decided by the assigned Magistrate Judge.  All requests to change the dispositional hearing date shall be heard and decided only by the undersigned judge.

        IT IS SO ORDERED.

Dated:  August 4, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE