**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRACY STEVENS,<br><br>                    Plaintiff,<br><br>        vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA AND PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>                    Defendants. | Case No. 2:25-cv-01087-WBS-JDP<br><br>(Hon. William B. Shubb<br> Ctrm 5)<br><br>**ORDER TO EXTEND MEDIATION COMPLETION DEADLINE (ERISA CASE)**<br><br>Complaint Filed:   April 11, 2025 |

**ORDER**

Pursuant to the Stipulation of the parties and for good cause shown, the Court hereby revises the following mediation completion and Administrative Record filing deadlines as follows:

- The deadline to complete mediation is now February 15, 2026; and

- The Administrative Record shall be filed on or before February 25, 2026

**IT IS SO ORDERED**.

Dated: January 15, 2026

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE