Glenn R. Kantor, SBN 122643
Email: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
9301 Corbin Ave., Suite 1400
Northridge, California, 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
TRACY STEVENS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY STEVENS, <br><br> Plaintiff, <br><br> vs. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:25-cv-01087-WBS-JDP <br><br> **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |

**TO THE HONORABLE JUDGE WILLIAM B. SHUBB AND HIS COURT CLERK:**

**IT IS HEREBY STIPULATED**, by and between Plaintiff TRACY STEVENS and Defendants UNUM LIFE INSURANCE COMPANY OF AMERICA and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, by and through their respective counsel of record, that this action shall be dismissed with prejudice.

Each party shall bear their own attorney's fees and costs.

1
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER

KANTOR & KANTOR LLP
9301 Corbin Ave., Ste. 1400
Northridge, California 91324
(818) 886 2525

DATED:  March 18, 2026                    KANTOR & KANTOR, LLP

                                    By:    /s/ Glenn R. Kantor
                                          Glenn R. Kantor
                                          Attorney for Plaintiff
                                          TRACY STEVENS

                                    MAYNARD NEXSEN LLP

                                    By:    /s/ Robert Hess
                                          ROBERT HESS
                                          Attorneys for Defendants
                                          Unum Life Insurance Company of America
                                          and Provident Life And Accident Insurance
                                          Company

Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Glenn R. Kantor hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.

**ORDER FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE**

       Pursuant to the stipulation of the parties, the above-entitled action is dismissed in its entirety with prejudice.  Each party shall bear its own fees and costs.

Dated:  March 18, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER